# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Hegarty, Michael E. | 2. Court or Organization  U.S. District Court, Colorado | 3. Date of Report  05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Various | Jefferson County Public Schools |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ally Bank | A | Interest | L | T | | | | | |
| 2. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 3. Apple Common Stock | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 4. Baron Opportunity Fund | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 5. Fairholme Fund | | None | J | T | Spinoff (from line 57) | 05/01/12 | K | | |
| 6. Fairholme Fund | | None | | | Sold (part) | 12/28/12 | J | A | |
| 7. Fidelity Select Biotechnology Fund | A | Dividend | J | T | Buy | 07/20/12 | J | | |
| 8. Fidelity Contra Fund | A | Dividend | J | T | Buy (add'l) | 07/20/12 | J | | |
| 9. Fidelity Contrafund | | None | J | T | Distributed (part) | 05/07/12 | J | A | |
| 10. Fidelity Low Priced Stock Fund | A | Dividend | J | T | Sold (part) | 07/20/12 | J | A | |
| 11. Fidelity Leveraged Company Stock Fund | A | Dividend | J | T | Spinoff (from line 35) | 07/09/12 | J | | |
| 12. Fidelity Leveraged Company Stock Fund | | None | J | T | Sold (part) | 07/20/12 | J | B | |
| 13. FMI Large Cap Fund | A | Dividend | K | T | | | | | |
| 14. FPA Crescent Institutional Fund | A | Dividend | J | T | | | | | |
| 15. Fidelity Small Cap Discovery Fund | | None | | | Merged (with line 67) | 05/07/12 | J | | |
| 16. Fidelity Small Cap Discovery Fund | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 17. Intrepid Small Cap Fund | | None | | | Merged (with line 61) | 05/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Strategic Dividend & Income Fund | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 19. Hennessy Gas Utility Index Fund | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 20. Hodges Small Cap Fund | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 21. Janus Balanced Fund Class T | A | Dividend | J | T | | | | | |
| 22. Janus Balanced Fund Class T | A | Dividend | | | Spinoff (from line 37) | 07/09/12 | J | | |
| 23. Janus Triton Fund Class T Shares | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 24. Pimco Real Estate Real Return Fund | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 25. Fidelity Permanent Portfolio | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 26. Fidelity Permanet Portfolio | | None | | | Merged (with line 80) | 05/07/12 | J | | |
| 27. Matthews China Fund | | None | | | Sold | 07/20/12 | J | A | |
| 28. TCW Total Return Bond Fund Class 1 | A | Dividend | J | T | | | | | |
| 29. Tocqueville Gold Fund | A | Dividend | K | T | | | | | |
| 30. Royce Value Fund Service CL | | None | | | Sold | 07/20/12 | J | A | |
| 31. Royce Low Priced Stock Fund | | None | | | Spinoff (from line 39) | 05/01/12 | K | | |
| 32. Royce Low Priced Stock Fund | | None | | | Sold | 05/08/12 | K | A | |
| 33. Fidelity Diversified International Fund | | None | | | Sold (part) | 01/06/12 | J | A | |
| 34. Fidelity Diversified International Fund | | None | | | Sold | 07/20/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DC ## 3-9 Fidelity Leveraged Company Stock Fund | | None | | | Distributed | 07/27/12 | J | A | |
| 36. DC # 10 Fidelity International Discovery Fund | | None | | | Sold | 05/08/12 | J | A | |
| 37. DC # 3 Janus Balanced Fund Class T | | None | | | Distributed | 07/09/12 | J | A | |
| 38. DC # 3 Royce Value Fund Service CL | | None | | | Distributed | 07/09/12 | J | A | |
| 39. DC ## 3,7, 10 Royce Low Priced Stock Fund | | None | | | Distributed | 07/09/12 | J | A | |
| 40. DC # 4 Royce Low Priced Stock Fund | | None | | | Sold | 02/09/12 | J | A | |
| 41. DC # 4 Apple Stock | | None | J | T | Buy | 02/21/12 | J | | |
| 42. DC # 4 Royce Low Priced Stock Fund | | None | J | T | Sold (part) | 03/20/12 | J | A | |
| 43. DC # 4 Royce Value Fund Service CL | | None | | | Sold | 05/08/12 | J | A | |
| 44. DC # 4 Fidelity Contrafund | A | Dividend | J | T | Sold (part) | 07/10/12 | J | A | |
| 45. DC # 4 Apple Stock | | None | | | Sold | 07/25/12 | J | A | |
| 46. DC # 4 Bought Apple Stock | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 47. DC # 4 Fidelity Leveraged Company Stock Fund | A | Dividend | J | T | Sold (part) | 09/20/12 | J | A | |
| 48. DC # 4 Fidelity Leveraged Company Stock Fund | | None | | | Sold (part) | 12/03/12 | J | A | |
| 49. DC # 5 Royce Low Priced Stock Fund | | None | | | Distributed | 05/01/12 | J | | |
| 50. DC # 5 Fidelity Contrafund | | None | J | T | Spinoff (from line 9) | 05/07/12 | J | | |
| 51. DC # 5 Royce Value Fund | | None | | | Sold | 07/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DC # 5 Pimco Real Estate Real Return Strategy Fund | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 53. DC # 5 Fidelity Contrafund | | None | | | Sold | 07/27/12 | K | B | |
| 54. DC # 5 Permanent Portfolio Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 55. DC # 5 James Balanced: Golden Rainbow Fund | A | Dividend | J | T | Buy | 07/06/12 | J | | |
| 56. DC ##5, 7 T. Rowe Price Media & Telecommunications Fund | | None | | | Sold | 07/27/12 | J | A | |
| 57. DC ## 5, 6 Fairholme Fund | | None | | | Distributed | 05/01/12 | K | A | |
| 58. DC # 6Tocqueville Select Fund | | None | | | Sold | 07/20/12 | J | A | |
| 59. DC # 6 Janus Balanced Fund Class T | A | Dividend | | | Distributed (part) | 05/07/12 | J | | |
| 60. DC # 6 Janus Balanced Fund Class T | | None | | | Sold | 07/27/12 | J | A | |
| 61. DC # 6 Intrepid Small Cap Fund | | None | | | Open | 05/07/12 | J | | |
| 62. DC # 6 Intrepid Small Cap Fund | | None | | | Sold | 07/27/12 | J | A | |
| 63. DC # 6 Permanent Portfolio | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 64. DC # 6 James Balanced Fund | A | Distribution | J | T | Buy | 08/06/12 | J | | |
| 65. DC # 6 Janus Triton Fund Class T | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 66. DC # 7 Royce Low Priced Stock Fund | | None | | | Distributed | 05/01/12 | J | A | |
| 67. DC # 7 Fidelity Small Cap Discovery Fund | A | Dividend | | | Open | 05/07/12 | J | | |
| 68. DC # 7 Fidelity Small Cap Discovery Fund | | None | | | Sold | 07/27/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DC # 7 Permanent Portfolio | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 70. DC # 7 James Balanced Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 71. DC # 8 FPA Crescent Fund | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 72. DC # 8 Fidelity Contrafund | | None | | | Sold | 07/27/12 | J | A | |
| 73. DC # 8 Villere Balanced Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 74. DC # 8 James Balanced Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 75. DC # 9 Oakmark International CL Fund | | None | | | Sold | 07/20/12 | J | A | |
| 76. DC # 9 Primecap Odyssey Growth Fund | | None | | | Sold | 07/27/12 | J | A | |
| 77. DC # 9 Fidelity Contrafund | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 78. DC # 9 James Balanced Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 79. DC # 9 Buffalo Flexible Income Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 80. DC # 10 Permanent Portfolio | | None | | | Open | 05/07/12 | J | | |
| 81. DC # 10 Permanent Portfolio | | None | | | Sold | 07/27/12 | J | A | |
| 82. DC # 10 Fidelity Small Cap Discovery Fund | A | Dividend | J | T | Buy | 05/08/12 | J | | |
| 83. DC # 10 James Balanced Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 84. DC # 10 Buffalo Flexible Income Fund | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 85. DC ## 3-11 Wells Fargo Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DC # 3 Wells Fargo Account | | None | | | Closed | 06/01/12 | J | A | |
| 87. Retirement: Arnold & Porter 401(k) Pimco Total Return Fund | A | Dividend | | | Sold | 07/19/12 | K | B | |
| 88. Retirement: Arnold & Porter 401(k) Fidelity Ginnie Mae Fund | A | Dividend | K | T | Sold (part) | 07/19/12 | J | A | |
| 89. Retirement: Arnold & Porter 401(k) Fidelity Puritan Fund | A | Dividend | K | T | Buy | 07/19/12 | J | | |
| 90. Retirement: Arnold & Porter 401(k) Fidelity Contrafund | A | Dividend | K | T | Buy | 07/19/12 | J | | |
| 91. Retirement: Arnold & Porter 401(k) T. Rowe Price MidCap Grow | A | Dividend | K | T | Buy | 07/19/12 | J | | |
| 92. Retirement: Fidelity IRA Contrafund | A | Dividend | J | T | | | | | |
| 93. Retirement: Fidelity IRA GMNA Fund | A | Dividend | J | T | | | | | |
| 94. Retirement: Fidelity IRA Select Biotechnology Fund | A | Dividend | J | T | | | | | |
| 95. Retirement: Fidelity IRA Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 96. Retirement: Fidelity IRA Contrafund | A | Dividend | J | T | | | | | |
| 97. Retirement Valley Forge Institutional Fund | A | Dividend | J | T | | | | | |
| 98. Retirement: Templeton Global Bond Class A Fund | A | Dividend | J | T | | | | | |
| 99. Retirement: Appleseed Fund | A | Dividend | J | T | | | | | |
| 100. Retirement: Meridian Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael E. Hegarty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544